In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-310 CR


____________________



EX PARTE ARTHUR S. PAYTON






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 2072






MEMORANDUM OPINION


 On June 14, 2005, the trial court denied Arthur S. Payton's application for writ of
habeas corpus without conducting an evidentiary hearing or issuing the writ of habeas
corpus. We questioned our jurisdiction over the appeal. Payton did not file a response.

 No appeal lies from the refusal to issue writ of habeas corpus unless the trial court
conducts an evidentiary hearing on the merits of the application. Ex parte Hargett, 819
S.W.2d 866 (Tex. Crim. App. 1991); Noe v. State, 646 S.W.2d 230 (Tex. Crim. App.
1983). The trial court did not issue a writ of habeas corpus, nor did the court conduct an
evidentiary hearing on the application for the writ. Compare Ex parte Silva, 968 S.W.2d
367 (Tex. Crim. App. 1998); Ex parte McCullough, 966 S.W.2d 529 (Tex. Crim. App.
1998). We hold we have no jurisdiction over this appeal. Accordingly, it is ordered that
the appeal be dismissed for want of jurisdiction.

 APPEAL DISMISSED.

 ___________________________

 HOLLIS HORTON

 Justice


Opinion Delivered August 31, 2005 

Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.